# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| DEBORAH MENSAH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:24-cv-0266-MHH-SGC |
| ) | |
| WARDEN KIMBERLYL NEELY, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

In this action, Deborah Mensah requests a writ of habeas corpus under 28 U.S.C. § 2241.  (Doc. 1).  Ms. Mensah seeks application of credits she has earned under the First Step Act toward her time in pre-release custody or supervised release.  (Doc. 1).  On June 25, 2024, the magistrate judge entered a report in which she recommended that the Court deny a writ to the extent Ms. Mensah seeks credit toward her time in pre-release custody or supervised release and dismiss the petition to the extent Ms. Mensah seeks review of her final order of removal.  (Doc. 9).  The magistrate judge advised the parties of their right to file specific written objections within 14 days.  (Doc. 9).  To date, the Court has not received objections.

Having reviewed the documents in the Court's electronic record, including the magistrate judge's report, the Court adopts the report and accepts the

recommendation. By separate order, consistent with the analysis in the report, the Court will resolve Ms. Mensah's petition.

The Clerk shall please TERM Doc. 9.

**DONE** and **ORDERED** this July 19, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE